# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:02CV77

| | |
|---|---|
| RAMSEY GROUP, INC., a North Carolina corporation, ) ) ) Plaintiff, ) ) Vs. ) ) EGS INTERNATIONAL, INC., d/b/a ) ENVIROGUARD; DOUGLAS ) FRAZIER, an individual; ) KENNETH COTTON, an individual; ) and EXPO POWER SYSTEMS, ) INC., a California corporation, ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court to exonerate the surety bond posted by the Plaintiff herein.

On March 25, 2005, the Court denied Defendant Expo's motion for injunctive relief provided the Plaintiff post a bond in the amount of $200,000; the Plaintiff posted such bond on April 26, 2005. On April 27, 2005, the parties filed a stipulation of dismissal of this action. Therefore, there is no further liability on the bond.

**IT IS, THEREFORE, ORDERED** that the bond herein referenced is hereby exonerated and the Clerk of Court is directed to write across the face of the bond that it has been exonerated and, along with a copy of this order, return same to the Plaintiff's attorney, J. Derel Monteith, Jr., Carter, Schnedler & Monteith, P.A., Post Office Box 2985, Asheville, North Carolina, 28802.

Signed: February 15, 2006

_____
Lacy H. Thornburg
United States District Judge